# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KATELIN CLIFTON, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ACME THERAPIES, CO.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO.: 4:22-cv-00113-TTC<br>:<br>:<br>:<br>: |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs, Katelin Clifton, Miranda Gunn, Jana Hopper, Kaitlyn Pace, and Cheryl Rigney ("Plaintiffs") and Defendant, ACME Therapies, Co. ("Acme" or "Defendant") (collectively the "Parties"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

## CONCLUSION

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

| | |
|---|---|
| */s/ Brittany M. Haddox, Esquire* | */s/ Jackson Nichols* |
| Brittany M. Haddox (VSB No. 86416) | Jackson Nichols (VSB No. 87225) |
| Strelka Employment Law | COHEN, SEGLIAS, PALLAS, |
| 4227 Colonial Avenue | GREENHALL & FURMAN, P.C. |
| Roanoke, VA 24018 | 900 Seventh St., N.W. |
| Phone: (540) 283-0802 | Ste. 725 |
| Email: brittany@strelkalaw.com | Washington, DC 20001 |
| | Phone: (202) 466-4110 |
| Zev H. Antell (VSB No. 74634) | Fax: (202) 466-2693 |
| Butler Curwood, PLC | Email: jnichols@cohenseglias.com |
| 140 Virginia Street, Suite 302 | *Counsel for Defendant* |

2

| | |
|---|---|
| Richmond, Virginia 23219<br>Tel: (804) 648-4848<br>Fax: (804) 237-0413<br>zev@butlercurwood.com<br><br>*Counsel for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Brittany M. Haddox, Esquire*
Brittany M. Haddox (VSB No. 86416)
Strelka Employment Law
4227 Colonial Avenue
Roanoke, VA  24018
Phone:  (540) 283-0802
Email:  brittany@strelkalaw.com

*Counsel for Plaintiffs*