CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 12 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **KATELIN CLIFTON, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.** | : <br> : <br> : <br> : <br> : |
| **Plaintiffs,** | : <br> :    CIVIL ACTION |
| v. | : <br> :    NO.: 4:22-cv-00113-TTC |
| **ACME THERAPIES, CO.,** | : <br> : |
| **Defendant.** | : <br> : |

## CONSENT ORDER

Plaintiffs, Katelin Clifton, Miranda Gunn, Jana Hopper, Kaitlyn Pace, and Cheryl Rigney ("Plaintiffs") and Defendant, ACME Therapies, Co. ("Acme" or "Defendant") (collectively the "Parties"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion (ECF No. 49) and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The pending motion to compel (ECF No. 32) is DENIED AS MOOT.

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

SO ORDERED this 12th day of July, 2023.

*H. Cullen*
United States District Judge